UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANERGE PASCAL )<br>a/k/a Daniege Abraham, )<br>a/k/a Nadia Dorsainvil, )<br>a/k/a Danege P. Abraham, )<br>a/k/a Danage Pascal, )<br>a/k/a Daniege Abraham, )<br>a/k/a Denege Meredith, )<br>a/k/a Danege Pascal, )<br>a/k/a Pascal Danerge, )<br>a/k/a Daneige Abraham, )<br>a/k/a Nadia Dorsainvilo, )<br>        Defendant. ) | **05 CR 10029 MLW**<br><br>CRIMINAL NO.:<br><br>VIOLATION:<br>8 U.S.C. § 1326<br>    Illegal Re-entry of<br>    Deported Alien |

INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about November 25, 2004, at Boston, Massachusetts, in the District of Massachusetts,

**DANERGE PASCAL,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326 (a)(1) and (b) (2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; February 9, 2005, at ___1:45 pm___.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2/9/05 @ 1:45pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10029 MLW

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

Place of Offense: __Boston__    Category No. __II__    Investigating Agency __BICE__

City __Boston__    Related Case Information:

County __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __DANERGE PASCAL__    Juvenile ☐ Yes  ☒ No

Alias Name __Daniege Abraham, Nadia Dorsainvil, Danege P. Abraham, Danage Pascal, Daniege Abraham, etc.__

Address __52 Howe Street, Framingham, MA__

Birth date (Year only): __1966__  SSN (last 4 #): __2667__  Sex __F__  Race: __Hispanic__  Nationality: __Haitian__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul R. Moore__    Bar Number if applicable __632312__

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __ICE Detainee__ in __Bristol Co. House of Corrections__.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __February 9, 2005__    Signature of AUSA: _[signature]_

**05 CR 10029 MLW**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   DANERGE PASCAL

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326 | Illegal Reentry after Deportation of Illegal Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**