UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:05-CR-10029-MLW-1 |
| ) | |
| DANERGE PASCAL ) | |

MOTION TO CONTINUE

Now comes Defendant Danerge Pascal and moves this Honorable Court to continue the detention hearing in this case from February 14, 2005, at 2:30 p.m. to February 18, 2005, at 11:00 a.m.

As grounds for this motion, Defendant states that her counsel has a previously scheduled conference in Suffolk Superior Court on February 14, 2005, at 2:00 p.m., and therefore requests a continuance. Moreover, having been appointed on February 11, 2005, counsel needs additional time to prepare for the hearing.

DEFENDANT
By her attorney

/s/ John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: February 14, 2005