AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA

v.

DANERGE PASCAL

### WARRANT FOR ARREST

**05 CR 10029 MLW**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DANERGE PASCAL _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Reentry after Deportation of an Illegal Alien

In violation of Title _____ 8 _____ United States Code, Section(s) __1326__

_Catherine M Gawlik_
Name of Issuing Officer

_Catherine M Gawlik_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_February 9, 2005 Boston_
Date and Location

2005 FEB -9 P 2:51
U.S. MARSHAL SERVICE BOSTON, MA

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/22/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |