UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DANERGE PASCAL    ) | CRIMINAL NO. 05CR10029-MLW |

MOTION FOR RULE 11 HEARING

Now comes Defendant Danerge Pascal and moves this Honorable Court to assign her case for a change of plea hearing pursuant to Rule 11 of the Criminal Rules as expeditiously as possible.

As grounds for this motion, Defendant states that she has been in the continuous custody of state and Federal authorities since November 25, 2004, and wishes to plead guilty and proceed to sentencing, and ultimately, deportation to Haiti.

                                                DEFENDANT
                                                By her attorney:

                                                /s/John F. Palmer
                                                John F. Palmer
                                                Law Office of John F. Palmer
                                                24 School Street
                                                Boston, MA  02108
                                                (617) 723-7010
                                                BBO #387980

Dated: April 1, 2005