UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES</u>                                   <u>CRIMINAL  CASE</u>

                                                    NO.<u> 05-10029-MLW</u>
         V.


<u>DANERGE PASCAL</u>
         Defendant(s)


## NOTICE OF HEARING

<u>WOLF, D.J.</u>

   PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>APRIL 18, 2005</u> at 3:00 P.M. before Judge Wolf in Courtroom #<u> 10 </u> on the <u>5th</u> floor.


                                          SARA THORNTON
                                          CLERK OF COURT


<u>April 8, 2005</u>                          By:    <u>/s/ Dennis O'Leary          </u>
      Date                                       Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                         [ntchrgcnf.]
                                                 [kntchrgcnf.]