UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10029

| United States | Danerge Pascal |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Moore | John Palmer |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 4/18/05 | Defendant takes the stand and is sworn. |
| | Plea Colloquy given. |
| | Government states the maximum possible penalties. |
| | Government states the facts it would present had the case gone to trial. |
| | Defendant pleads guilty to one count indictment. |
| | Court instructs the clerk to enter the same. |
| | Sentencing set for August 4, 2005 at 3:00 PM. |
| | Sentencing procedural order to issue. |
| | Court continues the defendant's custody until sentencing - defendant remanded to the custody of the US Marshals. |