UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:05-CR-10029-MLW-1 |
| ) | |
| DANERGE PASCAL ) | |

MOTION FOR LEAVE TO FILE LATE SENTENCING MEMORANDUM

Now comes Defendant Danerge Pascal and moves this Honorable Court for leave to file her sentencing memorandum late for the reasons expressed hereinabove. The Defendant's sentencing memorandum is submitted herewith.

As grounds for this motion, Defendant's counsel states that the sentencing memorandum was due three business days before the hearing scheduled on August 4, 2005. Counsel's secretary was ill on August 1, 2005, and counsel did not have substitute staff to type and submit his memorandum.

DEFENDANT
By her attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: August 2, 2005