UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  

      V.

**DANERGE PASCAL**
          Defendant(s)

**CRIMINAL CASE**

**NO. 05-10029-MLW**

### NOTICE OF CANCELLATION

**WOLF, D.J.**

The **SENTENCING HEARING** originally scheduled for **AUGUST 4, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                SARAH A. THORNTON
                CLERK OF COURT

**June 14, 2005**                    By:   /s/ Dennis O'Leary
    Date                                    Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]