**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                    **CRIMINAL  CASE**

                                                      **NO. 05-10029-MLW**

                    **V.**


**DANERGE PASCAL**
                **Defendant(s)**


**NOTICE OF HEARING**

**WOLF, D.J.**


        PLEASE  TAKE  NOTICE  that  the  above-titled  case  has  been  set  for  a

SENTENCING HEARING on SEPTEMBER 27, 2005 at 3:00 P.M. before Judge Wolf in

Courtroom # 10  on the 5th  floor.


                                        **SARAH A. THORNTON**
                                        **CLERK OF COURT**



**August 25, 2005**                    **By:    /s/ Dennis O'Leary                    **
        **Date**                                **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**

                                        [ntchrgcnf.]
                                        [kntchrgcnf.]