UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>DANERGE PASCAL )  | CRIMINAL NO. 05CR10029-MLW |

MOTION FOR EXPEDITIOUS SENTENCING HEARING

Now comes Defendant Danerge Pascal and moves this Honorable Court to schedule a sentencing hearing as expeditiously as possible, and in any event, prior to September 13, 2005.

As grounds for this motion, Defendant states as follows:

1. Defendant has been in the continuous custody of State and Federal authorities since November 25, 2004;

2. Defendant initially appeared in Federal Court on the indictment charging illegal re-entry on February 11, 2005; the Defendant entered a plea of guilty on April 18, 2005; sentencing was continued to August 4, 2005;

3. On August 3, 2005, the Court issued a Notice Of Cancellation of the sentencing hearing, and has yet to reschedule the hearing;

4. Defendant has a reasonable expectation of receiving a sentence of "time served" which would result in her being released to the custody of ICE for deportation;

5. Defendant's counsel will be engaged in a murder trial for the month of September and first week in October, commencing on September 13, 2005.

Wherefore, Defendant prays that this motion be allowed.

                                                   DEFENDANT
                                                   By her attorney

                                                 /s/John F. Palmer
                                                 John F. Palmer
                                                 Law Office of John F. Palmer
                                                 24 School Street, 8th Floor
                                                 Boston, MA 02108
                                                 (617)723-7010
                                                 BBO# 387980

Dated: August 25, 2005