UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                           **CRIMINAL  CASE**

                                                                            **NO. 05-10029-MLW**

V.

**DANERGE PASCAL**
            **Defendant(s)**

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SENTENCING HEARING** previously scheduled for **SEPTEMBER 27, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **SEPTEMBER 12, 2005** at **11:00 A.M.** in courtroom 10 on the fifth floor.

                                                            SARAH A. THORNTON
                                                            CLERK OF COURT

**September 7, 2005**                        By:    /s/ Dennis O'Leary
      Date                                                 Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                              [ntchrgcnf.]
                                                                              [kntchrgcnf.]