UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR05-10029

| United States of America | Danerge Pascal |
|---|---|
| PLAINTIFF | DEFENDANT |

| Paul Moore | John Palmer |
|---|---|
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Digital

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 9/12/05 | Court makes all the necessary rulings on the parties objections to the pre-sentence report. Court finds the guidelines to be TOL 13, CH III, 18-24 months custody, 24-36 months supervised release, $3K-$30K fine and $100 special assessment fee. Government recommends a sentence of 18 months custody, 24 months supervised release, no fine and a $100 special assessment fee. Court gives the government an opportunity to examine the defendant on the witness stand regarding the alleged rape in MC Framingham. Government declines. Defendant addresses the court. Court allows the defendant's motion for downward departure. Formal sentencing: time served, 36 months supervised release which shall be suspended while the defendant is out of the country and reinstituted if she returns to this country. Supervised release shall be on the standard conditions plus not possess a firearm or other dangerous weapon, shall participate in a substance abuse treatment/testing and mental health program as prescribed by probation, if ordered deported shall leave promptly and not return without prior permission from the secretary of homeland security and shall use her true name and no false identifying information. 100 Special assessment fee. Defendant advised of her rights to appeal and to counsel. |